**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | |
| GREGORY S. VALLARTA<br>APRIL A. VALLARTA | Case No. 07 B 05864 |
| | Chapter 11 |
| DEBTOR(S), | Judge Jack B. Schmetterer |

**ORDER EXTENDING TIME TO COMPLY WITH THE PRETRIAL ORDER**

    **THIS CAUSE** coming on to be heard on the motion of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE FIRST BOSTON HEAT 2005-1 (hereinafter "Creditor") for Motion to Extend Time, the Court having jurisdiction over the subject matter and due notice having been given;

**WHEREFORE, IT IS HEREBY ORDERED:**

(1) Creditor's motion is granted to extend time to comply with the Pretrial order or in the alternative submit an agreed order resolving the matter.

(2) The evidentiary hearing is reset to _____.

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File No. (14-06-7853)**

###